**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 16-36-DLB-HAI
CIVIL ACTION NO. 19-98-DLB-HAI

UNITED STATES OF AMERICA                                          PLAINTIFF

v.         **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

MARK M. BROWN                                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the January 8, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Hanly A. Ingram (Doc. # 115), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 102) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 115) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 102) is hereby **DENIED**;

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 115), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(4) A separate Judgment will be filed concurrently herewith.

This 12th day of February, 2020.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2016\16-36 Order Adopting R&R 2255.docx